In the Matter of the Application of THE YOUNG WOMEN'S
  CHRISTIAN ASSOCIATION OF BROOKLYN, Appellant, for
  a Writ of Mandamus.
THE DEPARTMENT OF WATER SUPPLY, GAS AND ELEC-
  TRICITY OF THE CITY OF NEW YORK, Respondent.

*Matter of Young Women's Christian Assn., Brooklyn,* 156 App.
Div. 295, affirmed.
  (Argued June 4, 1913; decided June 20, 1913.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
April 11, 1913, which reversed an order of Special Term
granting a motion for a peremptory writ of mandamus to
compel the department of water supply, gas and elec-
tricity of the city of New York to vacate, cancel and
remit all assessments for water rates against certain
premises of the petitioner.

*George C. Lay* and *Howard O. Wood* for appellant.

*Archibald R. Watson, Corporation Counsel* (*Curtis
A. Peters* and *William R. Wilson* of counsel), for
respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT,
HISCOCK, CHASE, HOGAN and MILLER, JJ.